UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JAMES MONAHAN, <br><br> Petitioner, <br><br> v. <br><br> PASHILK, <br><br> Respondent. | Case No. 19-cv-03507-LB <br><br> **ORDER OF TRANSFER** <br> Re: ECF No. 1 |

James Monahan, who was convicted in Mendocino County Superior Court and now is incarcerated at the Valley State Prison in Chowchilla, has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 to challenge a prison disciplinary decision. As a result of that disciplinary decision, Mr. Monahan lost 91 days of time credits. (ECF No. 1 at 10.) The petition challenges the execution of Mr. Monahan's sentence. The prison at which he is incarcerated is in Madera County, within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Because Mr. Monahan is confined in the Eastern District of California and challenging the execution of his sentence, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of

ORDER – No. 19-cv-03507-LB

California. The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: June 26, 2019

_____
LAUREL BEELER
United States Magistrate Judge