# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MONAHAN,<br><br>        Petitioner,<br><br>   v.<br><br>PASHILK,<br><br>        Respondent. | Case No.: 1:19-cv-00875-LJO-JLT (HC)<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(Doc. 9) |

On July 11, 2019, Petitioner filed an application to proceed in forma pauperis. (Doc. 9.) However, the Court issued an order that authorized Petitioner to proceed in forma pauperis on June 26, 2019. (Doc. 5.) Therefore, Petitioner's application to proceed in forma pauperis is moot and hereby DISREGARDED.

IT IS SO ORDERED.

   Dated: **July 12, 2019**                             **/s/ Jennifer L. Thurston**
                                                                      UNITED STATES MAGISTRATE JUDGE